IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN DAVID ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-9 J |
| | ) | District Judge Kim R. Gibson |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| SUPERINTENDENT CAMERON, DEPUTY | ) | |
| J. CLOSE, DEPUTY HOLLIBAUGH, | ) | |
| MAJOR MORRIS, MAJOR BARROWS, | ) | |
| CAPTAIN RYDBUM, CAPTAIN MILLER, | ) | |
| LT. KELLY, LT. GLASS, EXTRACTION | ) | |
| TEAM # 1, EXTRACTION TEAM # 2, LT. | ) | |
| JONES, SGT. CASHER, SGT. PORTIA, C/O | ) | |
| MARTIN, C/O MCCLEARY, C/O PARKS, | ) | |
| NURSING STAFF, and ALL | ) | |
| CORRECTIONAL OFFICERS, | ) | Re: ECF No. 42 |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 28th day of February, 2017, after Plaintiff Shaun David Adams ("Plaintiff") filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendants, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until February 21, 2017, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, ECF No. 42, is granted in part and denied in part as follows: the Motion is granted as to Plaintiff's First Amendment

1

retaliation claim and Plaintiff's Eighth Amendment excessive force claim as to all Defendants except the members of the Extraction Team, and denied in all other respects.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Shaun David Adams
GW-1461
SCI Camp Hill
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001-8837

All Counsel of Record Via CM-ECF